## Commonwealth *v.* Morris, Appellant.

Argued March 9, 1970. *William B. Anstine, Jr.,* for appellant; *Joseph Erb,* Assistant District Attorney, with him *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Moseby, Appellant.

Argued March 19, 1970. *Geoffrey A. Wilson,* Assistant Defender, with him *Thomas D. Watkins* and *Melvin Dildine,* Assistant Defenders, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *Joel S. Moldovsky,* Assistant District Attorney, with him *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.